IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



FILED        ENTERED
LOGGED       RECEIVED

JUL 1 8 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                              DEPUTY

---

Daniel John Moran III

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Gregory Joseph Serio

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

---

**Complaint for a Civil Case**

Case No. 19 - 2070 SAG
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
              *(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name _Daniel John Moran III_
Street Address _2905 N. Charles St. #301_
City and County _Baltimore_
State and Zip Code _MD  21218_
Telephone Number _410-585-5834_
E-mail Address _contact@thedanielrumanosfiles.com_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name _Gregory Joseph Senio_
Job or Title _Employee, The Depot Bar, Baltimore_
(if known)
Street Address _1120 Berrymans Ln_
City and County _Reisterstown, Baltimore County_
State and Zip Code _MD 21136_
Telephone Number _443-324-5190_
E-mail Address _____
(if known)

Defendant No. 2

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code 4101

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____
    _____
    _____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

("my professional name is "Daniel Rumanos")

Mr. Serio has conducted a campaign of
Slander, defamation, harassment against me (Mr. Moran) for nearly
a year. He has falsely claimed to numerous
individuals that I am a pedophile, a child
molester, and a convicted sex offender. He
has made continued public posts on Facebook and
other social media making the same statements
and has in the same publically encouraged
his friends and associates to stalk,
harass, and commit violent acts of assault
against me. This activity has escalated
after Mr. Serio received a cease & Desist
Letter from me on July 8, 2019. His
harassment and violent threats against me
have caused him to receive several suspensions
to his social media accounts. He has distributed
photographs of me, along with my former home
address (which he believes is current) to persons
he has encouraged to stalk me and commit acts
of violence. He has publically threatened to
"Seek and destroy" me, and has told people not
to worry that I would take legal action if they
assault me, because I am a "pedophile" whom
he claims cannot go to the police or use the
Court system. This activity has continued
incessantly from Mr. Serio and not abated.

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

In addition to the emotional trauma I have suffered from Mr. Serio's actions, he has damaged my career as a party entertainer for children by his claims that I am a convicted sex offender. I am therefore asking the court to order that Mr. Serio pay $500,000 to me, to make up for the lifetime career that he has ruined.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _July 15_, 20_19_.

Signature of Plaintiff       _Daniel John Moran_

Printed Name of Plaintiff    _Daniel John Moran III_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

Telephone Number            _____

Email Address               _____